# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  PHILIP FLOREZ
        PATRICIA TELLEZ FLOREZ
        2005 HUNTER RD.
        COLTON, CA 92324

IN THE MATTER OF:
PHILIP FLOREZ
2005 HUNTER RD.
COLTON, CA 92324

DATE: 9/13/2010
Case No. 6:10-bk-14822-MJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|  | DOAN LAW FIRM, LLP | NOT SCHEDULED | $0.00 |  |  | 0 |
|  | Capital 1 Bank | $6,043.00 | NOT FILED | 7779 | U | 1 |
|  | Catherines | $313.00 | NOT FILED | 2387 | U | 2 |
| 04 | FORD MOTOR CREDIT | $43.00 | $13,555.32 | 8728 | U | 3 |
| 09 | LVNV FUNDING LLC | $655.00 | $670.62 | 7150 | U | 4 |
|  | DSRM National Bank/D | $44.00 | NOT FILED | 0000 | U | 5 |
| 06 | GE CONSUMER FINANCE | $123.00 | $93.69 | 2992 | U | 6 |
| 03 | PORTFOLIO RECOVERY A | $615.00 | $620.03 | 5218 | U | 7 |
|  | Gemb/jcp | $56.00 | NOT FILED | 6034 | U | 8 |
|  | GEMB/WALMART | $41.00 | NOT FILED | 2467 | U | 9 |
| 07 | HSBC BANK NEVADA NA | $1,349.00 | $1,570.94 | 4184 | U | 10 |
| 05 | PORTFOLIO RECOVERY A | $1,532.00 | $14,877.52 | 7915 | U | 11 |
| 02 | PORTFOLIO RECOVERY A | $1,269.00 | $1,269.96 | 6607 | U | 12 |
|  | Target | $431.00 | NOT FILED | 3674 | U | 13 |
|  | Ford Motor Credit Co | $14,936.00 | NOT FILED | 8728 | S | 14 |
| 10 | BARCLAYS CAPITAL REA | $26,089.00 | $36,475.03 | 0400 | E | 15 |
| 01 | LBS FINANCIAL CU | $16,352.00 | $17,056.49 | 7011 | S | 16 |
| 08 | HSBC BANK NEVADA NA | NOT SCHEDULED | $1,384.04 | 9823 | U | 17 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "DIRECT PAY" OR "NOTICE ONLY."

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:10-bk-14822-MJ**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:    9/13/2010

_____/s/_____
PAULETTE ROSELI


PROOF OF SERVICE

    I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 9/13/2010 at Riverside, California.

_____/s/_____
PAULETTE ROSELI


PHILIP FLOREZ  
2005 HUNTER RD.  
COLTON, CA  92324

DOAN LAW FIRM, LLP  
25401 CABOT ROAD  
SUITE 119  
LAGUNA HILLS, CA  92653