ROD DANIELSON
CHAPTER 13 TRUSTEE
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

PHILIP FLOREZ
PATRICIA TELLEZ FLOREZ
2005 HUNTER RD.
COLTON, CA  92324

Debtor(s).

Case No.:  6:10-bk-14822-MJ

NOTICE OF INTENT TO PAY CLAIMS
(Change of Creditor Address)

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified that the below listed creditor has changed its address. The Trustee intends to pay claims of the following Creditor at the new address listed below unless objection is made to the Clerk of the Court at 3420 Twelfth Street, Riverside, CA 92501 AND to the Chapter 13 Trustee at the above address, by the Debtor(s), Creditor or any other party in interest within fifteen (15) days from the date of this notice.

| PREVIOUS ADDRESS | NEW ADDRESS |
|---|---|
| BARCLAYS CAPITAL REAL ESTATE<br>PO BOX 160101<br>SACRAMENTO, CA  95816 | BARCLAYS CAPITAL REAL ESTATE<br>PO BOX 24726<br>WEST PALM BEACH, FL  33416-4726 |

**THE ABSENCE OF A WRITTEN OBJECTION, TIMELY FILED WITH THE COURT AND PROPERLY SERVED, IS DEEMED AN APPROVAL BY THE DEBTOR(S), CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIMS AS LISTED ABOVE.**

Dated: 2/10/2011

_Rod Oal_ (signature)
Rod Danielson, Chapter 13 Trustee

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

28,196

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>PHILIP FLOREZ<br>PATRICIA TELLEZ FLOREZ<br>2005 HUNTER RD.<br>COLTON, CA  92324<br><br>　　　　　　　　　　Debtor(s). | Case No.:  6:10-bk-14822-MJ<br><br>CHAPTER 13 |

## PROOF OF SERVICE

I, PAULETTE ROSELI, am employed by Rod Danielson, Chapter 13 Trustee.  On 2/10/2011, I served a true copy of the within NOTICE OF INTENT TO PAY CLAIM on the following persons by mail:

PHILIP FLOREZ
PATRICIA TELLEZ FLOREZ
2005 HUNTER RD.
COLTON, CA  92324

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653

BARCLAYS CAPITAL REAL ESTATE
PO BOX 160101
SACRAMENTO, CA  95816

BARCLAYS CAPITAL REAL ESTATE
PO BOX 24726
WEST PALM BEACH, FL  33416-4726

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 2/10/2011

_____
Paulette Roseli